# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN FASSNACHT<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>　　　　　　　　　Defendants. | : <br> : <br> : Civil Action No.: 5:21-cv-269-JLS <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## DEFENDANT HOME DEPOT U.S.A., INC.'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN PART

Defendant Home Depot U.S.A., Inc. ("Home Depot"), by its undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff's Complaint, in part, for failure to state a claim upon which relief can be granted. The grounds in support of this Motion are fully set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

**WHEREFORE**, Home Depot respectfully requests that this Court dismiss Count Two of Plaintiff's Complaint with prejudice.

Respectfully submitted,

**EPSTEIN BECKER & GREEN, P.C.**

Dated: January 27, 2021          *s/ Clara H. Rho*
　　　　　　　　　　　　　　　　Clara H. Rho
　　　　　　　　　　　　　　　　One Gateway Center, 13th Floor
　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　crho@ebglaw.com
　　　　　　　　　　　　　　　　Telephone: (973) 642-1900
　　　　　　　　　　　　　　　　Facsimile: (973) 639-8559
　　　　　　　　　　　　　　　　Attorneys for Defendant Home Depot U.S.A., Inc.