**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

---

JUSTIN FASSNACHT             :
                                   :
                  Plaintiff,   :      Civil Action No.: 5:21-cv-269-JLS
                                   :
v.                                   :
                                   :
HOME DEPOT U.S.A., INC.,  :
                                   :
                  Defendants. :

---

## ORDER

      **AND NOW,** this _____ day of _____ 2021, it is herby

      **ORDERED** that Defendant Home Depot U.S.A., Inc.'s Motion to Dismiss Plaintiff's Complaint, in part, is **GRANTED** and that Count Two of Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

                             **BY THE COURT:**

                             _____

                             **The Honorable Jeffrey L. Schmehl**
                             **United States District Judge**