IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN FASSNACHT,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A. INC.,<br><br>　　　　　　　　　Defendant. | :<br>:<br>:<br>:  Civil Action No.: 21-cv-00269-JLS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I, Clara H. Rho, Esquire, hereby certify that on this 27th day of January, 2021, true and correct copies of the Motion of Defendant Home Depot U.S.A., Inc. to Dismiss Plaintiff's Complaint, In Part, Pursuant to Federal Rule of Civil Procedure 12(b)(6); Defendant's Memorandum of Law in Support of its Motion to Dismiss Count Two of Plaintiff's Complaint; and proposed form of Order were filed electronically and are available for viewing and downloading from the Court's ECF system and were served upon the following attorneys via the Court's ECF system:

> Ari R. Karpf, Esq.
> Adam C. Lease, Esq.
> Karpf, Karpf, Cerutti, P.C.
> 3331 Street Road
> Two Greenwood, Suite 128
> Bensalem, PA 19020
> Attorneys for Plaintiff

> > *s/ Clara H. Rho*　　　　　　
> > Clara H. Rho

Firm:52297816v1