IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN FASSNACHT,<br><br>               Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A. INC.,<br><br>               Defendant. | Civil Action No.: 21-cv-00269-JLS |

**CERTIFICATE OF SERVICE**

I hereby certify on this 26th day of February, 2021, that Defendant Home Depot U.S.A., Inc.'s Answer to Plaintiff's First Amended Complaint with Affirmative Defenses, and this Certificate of Service, were filed electronically and are available for viewing and downloading from the Court's ECF system. Counsel of record has consented to electronic service through the ECF system.

                                                            By:  */s/ Clara H. Rho*
                                                                    Clara H. Rho
                                                                    Epstein Becker & Green, P.C.
                                                                    One Gateway Center, 13th Floor
                                                                    Newark, NJ  07102
                                                                    crho@ebglaw.com
                                                                    (973) 642-1900
                                                                    Attorneys for Defendant
                                                                    Home Depot U.S.A., Inc.

Dated: February 26, 2021

Firm:52498356v1