IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JUSTIN FASSNACHT,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A. INC.,<br><br>　　　　　　　　Defendant. | Civil Action No.:  21-cv-00269-JLS |

**STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS
AND/OR ATTORNEY'S FEES TO ANY PARTY**

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Justin Fassnacht and Defendant Home Depot U.S.A., Inc. ("Home Depot"), through their undersigned counsel, that all claims which were or could have been asserted by Plaintiff Justin Fassnacht in the above-captioned matter against Home Depot are hereby dismissed in their entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

| | |
|---|---|
| Adam C. Lease, Esq.<br>Karpf, Karpf & Cerutti, P.C.<br>3331 Street Road<br>Two Greenwood, Suite 128<br>Bensalem, PA 19020<br>Telephone: (215) 639-0801<br>Facsimile: (215) 639-4970<br>Attorneys for Plaintiff | Patrick G. Brady, Esq.<br>Epstein Becker & Green, P.C.<br>One Gateway Center, 13th Floor<br>Newark, New Jersey 07102<br>Telephone:  (973) 642-1900<br>Facsimile:  (973) 639-8556<br>Attorneys for Defendant |
| BY: *s/Adam C. Lease*　　　　　　<br>　　　　Adam C. Lease | BY:　*s/Patrick G. Brady*　　　　　　<br>　　　　Patrick G. Brady |
| Date: August 18, 2021 | Date: August 18, 2021 |

## **ORDER**

The foregoing Stipulation is approved, and IT IS SO ORDERED this ____ day of August, 2021.

**BY THE COURT:**

_____
**Hon. Jeffrey L. Schmehl, U.S.D.J.**

Firm:53467352v1